# Court of Appeals
# of the State of Georgia

ATLANTA, June 05, 2020

*The Court of Appeals hereby passes the following order:*

**A20A1739. TYREEK THOMAS v. THE STATE.**

Tyreek Thomas was sentenced as a first offender. Following a hearing, the trial court revoked Thomas's first offender status and entered a sentencing judgment. Thomas then filed this appeal. We, however, lack jurisdiction.

Contrary to his assertion in his notice of appeal, Thomas was required to file an application for discretionary appeal to obtain review in this Court because the underlying subject matter of Thomas's appeal is the revocation of his first offender probation. *Dean v. State*, 177 Ga. App. 123, (338 SE2d 711) (1985) (OCGA § 5-6-35 (a) (5) applies to revocation of first offender status). His failure to do so deprives us of jurisdiction over this appeal, which is hereby DISMISSED.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta, 06/05/2020
I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.
Witness my signature and the seal of said court hereto affixed the day and year last above written.

_Stephen E. Castlen_ , *Clerk.*